UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.K., by his parent and natural guardian
ALEXIS HAWKER,

                Plaintiff,

- against -

THE CITY OF NEW YORK,
COMMISSIONER NEIL HERNANDEZ,
SUPERVISOR J.C. JOHN DOE #1, J.C.
HYMAN, and J.C. FRANK ELAIHO, the
individual defendants sued individually and
in their official capacities,

                Defendants.

09 Civ. 7012 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the November 17, 2009 initial conference in the above-captioned action is adjourned until December 8, 2009, at 10:45 a.m. in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       November 13, 2009

                              SO ORDERED.

                              *Paul G. Gardephe*
                              Paul G. Gardephe
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09